## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PUBLIC.RESOURCE.ORG, INC.,

*Plaintiff,*

v.

THE UNITED STATES CONSUMER
PRODUCT SAFETY COMMISSION,

*Defendant.*

Case no.: 26-cv-00874

**LCvR 26.1 Certificate**

Certificate required by LCvR 26.1 of the Local Rules of the United States District Court for the

District of Columbia.

I, the undersigned, counsel of record for Public.Resource.Org, Inc., certify that to the best

of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates, or

companies which own at least 10% of the stock of Public.Resource.Org, which have any

outstanding securities in the hands of the public.  **NONE**

These representations are made in order that judges of this Court may determine the need

for recusal.

Dated:  March 13, 2026

*/s/ Mitchell L. Stoltz*
Mitchell L. Stoltz
(USDC District of Columbia Bar ID 978149)

*Attorney of Record for Public.Resource.Org,. Inc.*