UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PUBLIC.RESOURCE.ORG INC.

Plaintiff,

v.

THE UNITED STATES CONSUMER
PRODUCT SAFETY COMMISSION

Defendant.

Civil Action No. 26-0874 (TSC)

## MOTION FOR EXTENSION OF TIME TO RESPOND

By and through undersigned counsel, the United States Consumer Product Safety Commission ("Defendant"), respectfully moves to extend the deadline until May 29, 2026, to respond to the Complaint filed by Public.Resource.Org, Inc. ("Plaintiff").  The grounds for this motion are as follows.

1.      Plaintiff filed this action seeking judicial review of Defendant's handling of a request under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA") for information regarding standards developed by ASTM International ("ASTM") and incorporated into certain CPSC regulations.  *See generally* ECF No. 1.  This is Defendant's first request for an enlargement.

2.      The undersigned request this enlargement due to the press of other deadlines and to enable time to confer with Agency Counsel.  Although the undersigned has had cursory contact with Agency Counsel, he has not been able to do so more substantively due to the press of other deadlines, including several dispositive motions in the last week, discovery, mediations, etc.

3.      Defendants do not request this enlargement lightly or to unduly delay an adjudication of this action.  The requested enlargement does not conflict with any other deadlines on the calendar for this case.

4.      Pursuant to LCvR 7(m), yesterday, the undersigned attempted to confer with Plaintiff's Counsel by sending an email requesting consent and sending another email earlier this afternoon.  The undersigned have not received a response, but is constrained to request this enlargement at this time.

WHEREFORE, Defendant respectfully requests that the deadline to respond to the Complaint be extended through and including May 29, 2026.  A proposed order is enclosed.

Dated: April 22, 2026
       Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: _____ */s/ Kenneth Adebonojo* _____
    KENNETH ADEBONOJO
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202)252-2562

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PUBLIC.RESOURCE.ORG INC.

　　　　Plaintiff,

　　v.

THE UNITED STATES CONSUMER
PRODUCT SAFETY COMMISSION

　　　　Defendant.

Civil Action No. 26-0874 (TSC)

### [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's motion for an extension of time to respond to the complaint in this action, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that Defendant shall have through and including May 29, 2026, to respond to the Complaint in this action.

SO ORDERED:

_____
Dated

_____
TONYA S. CHUTKAN
United States District Judge