UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PUBLIC.RESOURCE.ORG INC.

      Plaintiff,

  v.

THE UNITED STATES CONSUMER
PRODUCT SAFETY COMMISSION

      Defendant.

Civil Action No. 26-0874 (TSC)

## MOTION FOR EXTENSION OF TIME TO RESPOND

By and through undersigned counsel, the United States Consumer Product Safety Commission ("Defendant"), respectfully moves to extend the deadline until June 12, 2026, to respond to the Complaint filed by Public.Resource.Org, Inc. ("Plaintiff"). The grounds for this motion are as follows.

1.      Plaintiff filed this action seeking judicial review of Defendant's handling of a request under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA") for information regarding standards developed by ASTM International ("ASTM") and incorporated into certain CPSC regulations. *See generally* ECF No. 1. This is Defendant's second request for an enlargement.

2.      The undersigned request this enlargement because the undersigned has been sick for the last week, but still working albeit at a necessarily slower pace due to the incessant press of litigation deadlines. Since Defendant's first enlargement, the undersigned has conferred more fully with Agency Counsel and expects to have a draft response to Plaintiff's Complaint next week.

3.      Defendant does not anticipate that any further enlargement will be needed or sought.  Defendant does not request this enlargement lightly or to unduly delay an adjudication of this action.  The requested enlargement does not conflict with any other deadlines on the calendar for this case.

4.      Pursuant to LCvR 7(m), the undersigned conferred with Plaintiff's Counsel who graciously consented to this request.

WHEREFORE, Defendant respectfully requests that the deadline to respond to the Complaint be extended through and including June 12, 2026.  A proposed order is enclosed.

Dated: May 29, 2026
      Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:        */s/ Kenneth Adebonojo*
     KENNETH ADEBONOJO
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     (202)252-2562

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PUBLIC.RESOURCE.ORG INC.

      Plaintiff,

  v.

THE UNITED STATES CONSUMER
PRODUCT SAFETY COMMISSION

      Defendant.

Civil Action No. 26-0874 (TSC)

### [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's motion for an extension of time to respond to the complaint in this action, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that Defendant shall have through and including June 12, 2026, to respond to the Complaint in this action.

SO ORDERED:


_____
Dated

_____
TONYA S. CHUTKAN
United States District Judge